1 | BARBARA J. PARKER, City Attorney, SBN 069722
RANDOLPH W. HALL, Chief Assistant City Atty., SBN 080142
2 | WILLIAM E. SIMMONS, Supervising Trial Atty. , SBN 121266
One Frank H. Ogawa Plaza, 6th Floor
3 | Oakland, California  94612
Phone:  (510) 238-6520, Fax:  (510) 238-6500
4 | X03754:905319

5 | Attorneys for Defendant
CITY OF OAKLAND

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | OAKLAND DIVISION

11

12 | LORIANNE DAVIS AND RAHEIM BROWN          Case No.  C11-05675 DMR
SR., individually and as personal representatives
13 | of the ESTATE OF RAHEIM BROWN JR.;          **DEFENDANT CITY OF OAKLAND'S**
ESTATE OF RAHEIM BROWN JR., AND          **ANSWER TO COMPLAINT**
14 | N.F.H. a minor, by and through her guardian ad
litem FLORDELIZA HARRELL,
15
Plaintiffs,
16 | v.

17 | CITY OF OAKLAND, a municipal corporation;
OAKLAND UNIFIED SCHOOL DISTRICT;
18 | PETER C. SARNA in his official capacity as
CHIEF of POLICE for OAKLAND UNIFIED
19 | SCHOOL DISTRICT; SERGEANT BARHIN
BHATT individually and in his official capacity
20 | as a Police Officer for OAKLAND UNIFIED
SCHOOL DISTRICT; SERGEANT
21 | JONATHAN BELLUSA individually and in his
official capacity as a Police Officer for
22 | OAKLAND UNIFIED SCHOOL DISTRICT;
DOES 1-50, inclusive; individually and in their
23 | official capacities as POLICE OFFICERS for
OAKLAND UNIFIED SCHOOL DISTRICT,
24
Defendant.
25

26

1    Defendant CITY OF OAKLAND hereby answers, objects, and otherwise responds to the

2    Complaint on file herein as follows.

3                                    **I.  INTRODUCTION**

4    1.      Defendant is without knowledge or information sufficient to form a belief as to the

5    truth of the allegations in this paragraph and on that basis, denies each and every allegation

6    contained herein.

7                                    **II.  JURISDICTION**

8    2.      Defendant is without knowledge or information sufficient to form a belief as to the

9    truth of the allegations in this paragraph and on that basis, denies each and every allegation

10   contained herein.

11                                   **III.  PARTIES**

12   3.      Defendant is without knowledge or information sufficient to form a belief as to the

13   truth of the allegations in this paragraph and on that basis, denies each and every allegation

14   contained herein.

15   4.      Defendant is without knowledge or information sufficient to form a belief as to the

16   truth of the allegations in this paragraph and on that basis, denies each and every allegation

17   contained herein.

18   5.      Defendant is without knowledge or information sufficient to form a belief as to the

19   truth of the allegations in this paragraph and on that basis, denies each and every allegation

20   contained herein.

21   6.      Defendant admits the allegations set forth in this paragraph.

22   7.      Defendant is without knowledge or information sufficient to form a belief as to the

23   truth of the allegations in this paragraph and on that basis, denies each and every allegation

24   contained herein.

25   8.      Defendant is without knowledge or information sufficient to form a belief as to the

26   truth of the allegations in this paragraph and on that basis, denies each and every allegation

1   contained herein.

2          9.      Defendant is without knowledge or information sufficient to form a belief as to the

3   truth of the allegations in this paragraph and on that basis, denies each and every allegation

4   contained herein.

5          10.     Defendant is without knowledge or information sufficient to form a belief as to the

6   truth of the allegations in this paragraph and on that basis, denies each and every allegation

7   contained herein.

8          11.     Defendant is without knowledge or information sufficient to form a belief as to the

9   truth of the allegations in this paragraph and on that basis, denies each and every allegation

10  contained herein.

11         12.     Defendant is without knowledge or information sufficient to form a belief as to the

12  truth of the allegations in this paragraph and on that basis, denies each and every allegation

13  contained herein.

14         13.     Defendant is without knowledge or information sufficient to form a belief as to the

15  truth of the allegations in this paragraph and on that basis, denies each and every allegation

16  contained herein.

17         14.     Defendant is without knowledge or information sufficient to form a belief as to the

18  truth of the allegations in this paragraph and on that basis, denies each and every allegation

19  contained herein.

20                              **IV.  FACTS**

21         15.     Defendant is without knowledge or information sufficient to form a belief as to the

22  truth of the allegations in this paragraph and on that basis, denies each and every allegation

23  contained herein.

24         16.     Defendant is without knowledge or information sufficient to form a belief as to the

25  truth of the allegations in this paragraph and on that basis, denies each and every allegation

26  contained herein.

DEFENDANT CITY OF OAKLAND'S          -3-          C11-05675 DMR
ANSWER TO COMPLAINT

17.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, denies each and every allegation contained herein.

18.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, denies each and every allegation contained herein.

19.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, denies each and every allegation contained herein.

20.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, denies each and every allegation contained herein.

21.     Defendant denies the allegations set forth in this paragraph.

22.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, denies each and every allegation contained herein.

23.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, denies each and every allegation contained herein.

## V.  DAMAGES

24.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, denies each and every allegation contained herein.

25.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, denies each and every allegation contained herein.

26.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, denies each and every allegation contained herein.

27.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, denies each and every allegation contained herein.

28.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, denies each and every allegation contained herein.

29.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, denies each and every allegation contained herein.

**FIRST CAUSE OF ACTION**
**Violation of Fourth Amendment of the United States Constitution**
**(42 U.S.C. § 1983)**

30.     Defendant incorporate herein their responses to the allegations contained in paragraphs 1 through 29, as previously set forth.

31.     Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph and on that basis, denies each and every allegation contained herein.

**SECOND CAUSE OF ACTION**
**(Deliberate Indifference to Decedent's Medical Needs)**
**(42 U.S.C. § 1983)**

32.     Defendant incorporate herein their responses to the allegations contained in paragraphs 1 through 31, as previously set forth.

33.     Defendant denies the allegations set forth in this paragraph.

34.     Defendant denies the allegations set forth in this paragraph.

1 | **THIRD CAUSE OF ACTION**
**(Conspiracy to Violate Decedent's Civil Rights)**
2 | **(42 U.S.C. § 1985)**

3      35.     Defendant incorporate herein their responses to the allegations contained in

4 paragraphs 1 through 34, as previously set forth.

5      36.     Defendant is without knowledge or information sufficient to form a belief as to the

6 truth of the allegations in this paragraph and on that basis, denies each and every allegation

7 contained herein.

8      37.     Defendant is without knowledge or information sufficient to form a belief as to the

9 truth of the allegations in this paragraph and on that basis, denies each and every allegation

10 contained herein.

11 | **FOURTH CAUSE OF ACTION**
**(Wrongful Death)**
12 | **(42 U.S.C. § 1983)**

13      38.     Defendant incorporate herein their responses to the allegations contained in

14 paragraphs 1 through 37, as previously set forth.

15      39.     Defendant denies the allegations set forth in this paragraph.

16 | **FIFTH CAUSE OF ACTION**
**(Violations of Plaintiffs' Civil Rights to Familial Relationship)**
17 | **(42 U.S.C. § 1983)**

18      40.     Defendant incorporate herein their responses to the allegations contained in

19 paragraphs 1 through 39, as previously set forth.

20      41.     Defendant denies the allegations set forth in this paragraph.

21 | **SIXTH CAUSE OF ACTION**
**(Survival action: Violation of decedent's civil rights)**
22 | **(42 U.S.C. § 1983)**

23      42.     Defendant incorporate herein their responses to the allegations contained in

24 paragraphs 1 through 41, as previously set forth.

25      43.     Defendant denies the allegations set forth in this paragraph.

26      44.     Defendant admits the allegations set forth in this paragraph.

1    45.    Defendant is without knowledge or information sufficient to form a belief as to the

2    truth of the allegations in this paragraph and on that basis, denies each and every allegation

3    contained herein.

4                                    **SEVENTH CAUSE OF ACTION**
                                      **(Wrongful Death - Negligence)**
5                                     **(C.C.P. §377.60 and 377.61)**

6    46.    Defendant incorporates herein their responses to the allegations contained in

7    paragraphs 1 through 45, as previously set forth.

8    47.    Defendant denies the allegations set forth in this paragraph.

9    48.    Defendant denies the allegations set forth in this paragraph.

10    49.    Defendant denies the allegations set forth in this paragraph.

11    50.    Defendant is without knowledge or information sufficient to form a belief as to the

12    truth of the allegations in this paragraph and on that basis, denies each and every allegation

13    contained herein.

14                                    **EIGHTH CAUSE OF ACTION**
                          **(Violation of Decedent's Right To Enjoy Civil Rights)**
15                          **(Violation of CALIFORNIA CIVIL CODE §52.1)**

16    51.    Defendant incorporates herein their responses to the allegations contained in

17    paragraphs 1 through 50, as previously set forth.

18    52.    Defendant denies the allegations set forth in this paragraph.

19                                    **NINTH CAUSE OF ACTION**
                          **(Violation of Decedent's State Statutory Rights)**
20                          **(Violation of CALIFORNIA CIVIL CODE §52.7)**

21    53.    Defendant incorporates herein their responses to the allegations contained in

22    paragraphs 1 through 52, as previously set forth.

23    54.    Defendant is without knowledge or information sufficient to form a belief as to the

24    truth of the allegations in this paragraph and on that basis, denies each and every allegation

25    contained herein.

26    55.    Defendant denies the allegations set forth in this paragraph.

DEFENDANT CITY OF OAKLAND'S                    -7-                    C11-05675 DMR
ANSWER TO COMPLAINT

56.     Defendant denies the allegations set forth in this paragraph.

**TENTH CAUSE OF ACTION**
**(Intentional Infliction of Emotional Distress)**

57.     Defendant incorporates herein their responses to the allegations contained in paragraphs 1 through 56, as previously set forth.

58.     Defendant denies the allegations set forth in this paragraph.

59.     Defendant denies the allegations set forth in this paragraph.

**ELEVENTH CAUSE OF ACTION**
**(Assault And Battery)**

60.     Defendant incorporates herein their responses to the allegations contained in paragraphs 1 through 59, as previously set forth.

61.     Defendant denies the allegations set forth in this paragraph.

**AFFIRMATIVE DEFENSES**

**VI.**

AS A FURTHER, FIRST, SEPARATE AND AFFIRMATIVE DEFENSE, Defendant alleges that the complaint fails to state a claim upon which relief can be granted.

**VII.**

AS A FURTHER, SECOND, SEPARATE AND AFFIRMATIVE DEFENSE, Defendant alleges, on information and belief, that plaintiffs' decedent did not exercise ordinary caution, or prudence to avoid the alleged events; consequently, the subsequent injuries or damages, if any claimed were proximately caused by and contributed to by plaintiffs' decedent's comparative negligence, and any damages plaintiffs might otherwise be entitled to should be proportionately reduced by the degree of that negligence.

**VIII.**

AS A FURTHER, THIRD, SEPARATE AND AFFIRMATIVE DEFENSE, Defendant alleges that the injuries and damages plaintiffs complain of resulted from the acts and/or omissions

1 of others, or acts of God, and without any fault on the part of Defendant.

2 **IX.**

3       AS A FURTHER, FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE, Defendant

4 alleges that any party or individual who contributed to and/or caused the alleged injuries and

5 damages was not acting as its agent or with its knowledge or within the course and/or scope of

6 employment with defendant CITY OF OAKLAND.

7 **X.**

8       AS A FURTHER, FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE, Defendant

9 alleges that, to the extent that plaintiffs may attempt to allege state claims, these is barred by all

10 applicable California Government Code protections and immunities, including, but not limited to,

11 sections 815 through 900.  Said sections is pleaded as though fully set forth herein.

12 **XI.**

13       AS A FURTHER, SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE, Defendant

14 alleges that all of the actions of Defendant were undertaken in good faith and with the reasonable

15 belief that such actions were valid, necessary, reasonable, lawful and constitutionally proper,

16 entitling Defendant to the qualified immunity of good faith.

17 **XII.**

18       AS A FURTHER, SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE, Defendant

19 alleges that, if it in any fashion caused the injuries or damages alleged, although such liability is

20 expressly denied herein, its acts and/or omissions were reasonable and privileged.

21 **XIII.**

22       AS A FURTHER, EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE, Defendant

23 alleges, on information and belief, that plaintiffs failed to mitigate damages.

24 **XIV.**

25       AS A FURTHER, NINTH, SEPARATE AND AFFIRMATIVE DEFENSE, Defendant

26 alleges that, to the extent that plaintiffs allege or assert matters not contained in a legally sufficient

1    claim filed by them, this action is barred by the claims requirements set forth in California

2    Government Code Section 905 et seq.

3                                          **XV.**

4           AS A FURTHER, TENTH, SEPARATE AND AFFIRMATIVE DEFENSE, Defendant

5    alleges that this action is barred, under California Government Code § 945.6, by plaintiffs' failure

6    to file their action within six months after denial of their claim by Defendant.

7                                          **XVI.**

8           AS A FURTHER, ELEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE, Defendant

9    alleges that this action is barred by all applicable statutes of limitations.

10                                         **XVII.**

11          AS A FURTHER, TWELFTH, SEPARATE AND AFFIRMATIVE DEFENSE, Defendant

12   alleges that this action is barred by the doctrine of primary assumption of the risk.

13                                         **XIII.**

14          AS A FURTHER, THIRTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE,

15   Defendant alleges that plaintiffs lack standing to bring the claims alleged.

16                                         **PRAYER**

17          **WHEREFORE**, defendants pray that:

18          1.      Plaintiffs take nothing by their Complaint;

19          2.      Defendant have judgment against Plaintiffs;

20          3.      Defendant be awarded its costs of suit; and

21          4.      For such other and further relief as the Court may deem proper.

22   Dated:  December 22, 2011

23                                  BARBARA J. PARKER, City Attorney
                                    RANDOLPH W. HALL, Chief Assistant City Attorney
24                                  WILLIAM E. SIMMONS, Supervising Trial Attorney

25                          By: _____/s/ William E. Simmons_____
                                    Attorneys for Defendant,
26                                  CITY OF OAKLAND