JOHN L. BURRIS, Esq., SBN 69888
ADANTE D. POINTER, Esq., SBN 236229
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport St., Suite 1120
Oakland, California 94621
Telephone:   (510) 839-5200
Facsimile:    (510) 839-3882
John.Burris@johnburrislaw.com
Adante.Pointer@johnburrislaw.com

Attorneys for Plaintiffs
LORIANNE DAVIS, et al.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORIANNE DAVIS AND RAHEIM BROWN SR., individually and as personal representatives of the ESTATE OF RAHEIM BROWN JR.; ESTATE OF RAHEIM BROWN JR., and N.F.H. a minor, by and through her guardian ad litem FLORDELIZA HARRELL<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, a municipal corporation; OAKLAND UNIFIED SCHOOL DISTRICT; PETER C. SARNA in his official capacity as CHIEF of POLICE for OAKLAND UNIFIED SCHOOL DISTRICT; SERGEANT BARHIN BHATT individually and in his official capacity as a Police Officer for OAKLAND UNIFIED SCHOOL DISTRICT; SERGEANT JONATHAN BELLUSA individually and in his official capacity as a Police Officer for OAKLAND UNIFIED SCHOOL DISTRICT; DOES 1-50, inclusive; individually and in their official capacities as POLICE OFFICERS for OAKLAND UNIFIED SCHOOL DISTRICT<br><br>Defendants. | Case No.: 3:11-cv-05675 EMC<br><br><u>STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANT CITY OF OAKLAND</u> |

Stipulation for Dismissal and [Proposed] Order                                                    1

**COME NOW** the parties, by and through their respective counsel, hereby stipulate and respectfully request that this Court dismiss with prejudice the CITY OF OAKLAND, a municipal corporation, from this action.

Plaintiffs inadvertently named the City of OAKLAND as a defendant in this action. Plaintiffs do not intend nor anticipate bringing claims and/or causes of action against the CITY OF OAKLAND.

In light of the foregoing, the parties respectfully request that this Court dismiss the CITY OF OAKLAND from this matter with prejudice.

Respectfully Submitted,

02/03/2012  
DATE

/s/  
ADANTE D. POINTER  
LAW OFFICES OF JOHN L. BURRIS  
Attorneys for Plaintiffs  
LORIANNE DAVIS AND RAHEIM BROWN SR., individually and as personal representatives of the ESTATE OF RAHEIM BROWN JR.; ESTATE OF RAHEIM BROWN JR., and N.F.H. a minor, by and through her guardian ad litem FLORDELIZA HARRELL

02/02/2012  
DATE

/s/  
JAMES M. MARZAN  
EDRINGTON, SCHIRMER & MURPHY  
Attorneys for Defendants

02/02/2012  
DATE

/s/  
JEFFREY R. OLSON  
McCORMICK BARSTOW  
Attorneys for Defendant  
Jonathan Bellusa

**ORDER**

IT IS HEREBY ORDERED that the CITY OF OAKLAND, a municipal corporation, be dismissed with prejudice from this action.

2/7/12
_____     _____
**DATE**                **EDWARD M. CHEN**
                        **UNITED STATES DISTRICT JUDGE**

